**FILED**
JAN 1 3 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
2014 DEC -1  AM 10: 59

HSBC BANK USA, NATIONAL ASSOCIATION, AS
TRUSTEE FOR FREMONT HOME LOAN TRUST
2004-D, MORTGAGE-BACKED CERTIFICATES,
SERIES 2004-D

    Plaintiff,

    -v.-
                               1 : 12 CV 3166
                               6907 WEST 114TH STREET
                               Worth, IL  60482

JOSEPH A. WITRYK, MORTGAGE ELECTRONIC        JAMES F. HOLDERMAN
REGISTRATION SYSTEMS INC., AS A NOMINEE
FOR MERITLENDING.COM

    Defendants

### PROOF OF MAILING NOTICE OF SALE

To:     • MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., AS A NOMINEE FOR
        MERITLENDING.COM - 1901 E. VOORHEES STREET, SUITE C, Danville, IL, 61834
    • JOSEPH A. WITRYK - 6907 WEST 114TH STREET, Worth, IL, 60482

In compliance with 735 ILCS 5/15-1507(c), I served the attached Notice of Sale on the above-named persons at the
above-listed addresses by depositing the same in the U.S. Mail at One South Wacker Drive, 24th Floor, Chicago, IL
60606-4650 at 5:00 p.m. on ___11·26·14___, with the proper postage prepaid.

                                         **The Judicial Sales Corporation**

    OFFICIAL SEAL                           By:_____
    ALLISON L STAULCUP
    Notary Public - State of Illinois                      Maya Jones
    My Commission Expires Jun 20, 2017            *Assistant Office Coordinator*

Subscribed and sworn to before me on
this ___26___ day of ___November___, 20 __14__   Attorney file number 14374.8163

_____
               Notary Public

THE JUDICIAL SALES CORPORATION One South Wacker Drive, 24th Floor, Chicago, IL 60606-4650
(312) 236-SALE
TJSC#: 34-19834

NOTE: Pursuant to the Fair Debt Collection Practices Act, you are advised that Plaintiff's attorney is deemed to be a debt collector attempting to
collect a debt and any information obtained will be used for that purpose.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HSBC BANK USA, NATIONAL ASSOCIATION,
AS TRUSTEE FOR FREMONT HOME LOAN
TRUST 2004-D, MORTGAGE-BACKED
CERTIFICATES, SERIES 2004-D

    Plaintiff,

        -v.-                         1 : 12 CV 3166
                                   6907 WEST 114TH STREET
                                   Worth, IL  60482

JOSEPH A. WITRYK, MORTGAGE            JAMES F. HOLDERMAN
ELECTRONIC REGISTRATION SYSTEMS
INC., AS A NOMINEE FOR
MERITLENDING.COM

    Defendants

## NOTICE OF SPECIAL COMMISSIONER'S SALE

PUBLIC NOTICE IS HEREBY GIVEN that pursuant to a Judgment of Foreclosure and Sale entered in the above cause on September 11, 2012, an agent for The Judicial Sales Corporation, Special Commissioner appointed herein,will at 10:30 AM on January 2, 2015, at The Judicial Sales Corporation, One South Wacker Drive - 24th Floor, CHICAGO, IL, 60606, sell at public auction to the highest bidder, as set forth below, the following described real estate:

**LOT 100 IN RIDGEWOOD HOMES SUBDIVISION NO. 2, A SUBDIVISION IN THE EAST 1/2 OF THE NORTHWEST 1/4 OF SECTION 19, TOWNSHIP 37 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS, ACCORDING TO PLAT THEREOF REGISTERED IN THE OFFICE OF THE REGISTRAR OF TITLES OF COOK COUNTY, ILLINOIS ON DECEMBER 21, 1955 AS DOCUMENT 1641268.**

Commonly known as 6907 WEST 114TH STREET, Worth, IL 60482

Property Index No. 24-19-127-004-0000.

The real estate is improved with a single family residence.

The judgment amount was $215,112.77.

Sale terms: **10% down of the highest bid by certified funds at the close of the sale payable to The Judicial Sales Corporation.  No third party checks will be accepted.** The balance in certified funds/or wire transfer, is due within twenty-four (24) hours. The subject property is subject to general real estate taxes, special assessments, or special taxes levied against said real estate and is offered for sale without any representation as to quality or quantity of title and without recourse to Plaintiff and in "AS IS" condition. The sale is further subject to confirmation by the court.

Upon payment in full of the amount bid, the purchaser will receive a Certificate of Sale that will entitle the purchaser to a deed to the real estate after confirmation of the sale.

The property will **NOT** be open for inspection and plaintiff makes no representation as to the condition of the property. Prospective bidders are admonished to check the court file to verify all information.

If this property is a condominium unit, the purchaser of the unit at the foreclosure sale, other than a mortgagee, shall pay the assessments and the legal fees required by The Condominium Property Act, 765 ILCS 605/9(g)(1) and (g)(4). If this property is a condominium unit which is part of a common interest community, the purchaser of the unit at the foreclosure sale other than a mortgagee shall pay the assessments required by The Condominium Property Act, 765 ILCS 605/18.5(g-1).

**IF YOU ARE THE MORTGAGOR (HOMEOWNER), YOU HAVE THE RIGHT TO REMAIN IN POSSESSION FOR 30 DAYS AFTER ENTRY OF AN ORDER OF POSSESSION, IN ACCORDANCE WITH SECTION 15-1701(C) OF THE ILLINOIS MORTGAGE FORECLOSURE LAW.**

Effective May 1st, 2014 you will need a photo identification issued by a government agency (driver's license, passport, etc.) in order to gain entry into the foreclosure sale room in Cook County and the same identification for sales held at other county venues.

For information, contact Plaintiff's attorney: BURKE COSTANZA & CARBERRY LLP, 150 N. Michigan Avenue, Ste. 800, Chicago, IL 60601, (219) 769-1313 FAX #: 219-769-6806 Please refer to file number 14374.8163.

THE JUDICIAL SALES CORPORATION
One South Wacker Drive, 24th Floor, Chicago, IL 60606-4650 (312) 236-SALE
You can also visit The Judicial Sales Corporation at www.tjsc.com for a 7 day status report of pending sales.

BURKE COSTANZA & CARBERRY LLP
150 N. Michigan Avenue, Ste. 800
Chicago, IL 60601
(219) 769-1313
Attorney File No. 14374.8163
Attorney Code.
Case Number: 1 : 12 CV 3166
TJSC#: 34-19834

NOTE: Pursuant to the Fair Debt Collection Practices Act, you are advised that Plaintiff's attorney is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.