

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| HSBC Bank USA, NA<br><br>        Plaintiff,<br><br>v.<br><br>Witryk et al<br><br>        Defendant. | Civil Action No. 12-cv-3166<br>The Hon. James F. Holderman<br>Mag. Judge Jeffrey Cole |

## ORDER

Motion hearing held. Defendants failed to appear. Plaintiff's motion for order approving report of sale and distribution and possession [24] is granted. Enter Order.

(00:03)

ENTER:

*James F. Holderman*
JAMES F. HOLDERMAN, JUDGE

Date: February 5, 2015

2015 FEB -6 PM 3:00